**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GENUINE ENABLING TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION and<br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 17-cv-00135-VAC-CJB |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Genuine Enabling Technology LLC and Defendants Sony Corporation and Sony Interactive Entertainment America LLC ("Sony"),[1] by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree that the time for the parties to file the materials responsive to this Court's Oral Order (dated May 23, 2017) be extended from June 22, 2017 to June 27, 2017.

Dated: June 22, 2017

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 429-4232
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants*

[1] The parties have stipulated to substitute Sony Interactive Entertainment America for Sony Interactive Entertainment. *D.I. 12*.

**SO ORDERED** this ____ day of June, 2017.

______________________________
United States Magistrate Judge