# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GENUINE ENABLING TECHNOLOGY LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | No. 17–135 |
| **SONY CORPORATION, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of March, 2024, it is hereby **ORDERED** that the time for the ORAL ARGUMENT on Defendant's Motion for Summary Judgment (D.I. 322) in the above-captioned matter scheduled for **Monday, March 18, 2024** is changed from 10:00 a.m. to **2:00 PM** in Courtroom **17A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**